UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY HARRIS, | CV F- 03-5690 OWW DLB P |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | |
| GAIL LEWIS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is the amended complaint, filed December 2, 2003. The amended complaint appears to state a cognizable equal protection claim against defendant Alvarado.

Accordingly, it is HEREBY ORDERED that:

1.   Service is appropriate for defendant Alvarado.

2.   The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed December 9, 2003.

3.   Within **thirty (30) days** from the date of this order, plaintiff shall complete the

1 attached Notice of Submission of Documents and submit the completed Notice to the
2 court with the following documents:
3     a.    Completed summons;
4     b.    One completed USM-285 form for each defendant listed above; and
5     c.    Two (2) copies of the endorsed amended complaint filed December 9, 2003.
6     4.    Plaintiff need not attempt service on defendants and need not request waiver of
7 service.  Upon receipt of the above-described documents, the court will direct the
8 United States Marshal to serve the above-named defendants pursuant to Federal Rule
9 of Civil Procedure 4 without payment of costs.
10     5.    <u>The failure to comply with this order will result in a recommendation that this action
11 be dismissed</u>.
12 IT IS SO ORDERED.
13 **Dated:** **May 3, 2006**                    **/s/ Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE

3c0hj8