UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GAIL LEWIS, et al.,<br><br>    Defendants. | 1:03-CV-5690 OWW DLB P<br><br>ORDER GRANTING FIRST REQUEST FOR EXTENSION OF TIME<br><br>(DOCUMENT #22) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2006, defendant filed its first request/motion to extend time to respond to plaintiff' complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Defendant is granted a thirty day extension of time to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint shall be due on or before November 1, 2006.

    IT IS SO ORDERED.

    **Dated:   October 17, 2006**                    **/s/ Dennis L. Beck**
3c0hj8                                                                  UNITED STATES MAGISTRATE JUDGE