BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
PHILLIP L. ARTHUR, State Bar No.238339
Deputy Attorney General
 1300 I Street, Suite 125
 Post Office Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-6421
 Facsimile:  (916) 324-5205

Attorneys for Defendant Alvarado
SA2006302875

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RUDY HARRIS,**<br><br>              Plaintiff,<br><br>      v.<br><br>**GAIL LEWIS, et al.,**<br><br>              Defendants. | No. 1:03-cv-5690 OWW DLB P<br><br>**ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Good cause appearing, Defendant is granted a 45-day extension of time to respond to Plaintiff's Complaint.  Defendant's response to Plaintiff's complaint shall be due on or before December 16, 2006.

   IT IS SO ORDERED.

   Dated:  **November 3, 2006**          /s/ **Dennis L. Beck**
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE