# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY HARRIS, | CASE NO. 1:03-cv-5690-OWW-DLB P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| GAIL LEWIS, et al., | (Doc. 35) |
| Defendants. | |

Plaintiff Rudy Harris, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 1, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On May 29, 2008, plaintiff filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 1, 2008, is adopted in full; and
2. Defendant's motion for summary judgment, filed September 5, 2007, is GRANTED, thus concluding this matter in its entirety.

IT IS SO ORDERED.

**Dated:   July 7, 2008**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE